UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMILLA KEPLER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ANDREW SAUL,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-02118-NJK<br><br>**ORDER** |

　　　　This is a social security appeal in which Plaintiff is proceeding *pro se*. *See* Docket No. 1.[1] Plaintiff initiated the appeal on November 18, 2020, and had not filed proof showing that service on the Government has been effectuated. Accordingly, on March 2, 2021, a notice of intent to dismiss was issued pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* Docket No. 6. Plaintiff still has not filed a proof of service nor otherwise responded to the notice.

　　　　The currently-governing rules require Plaintiff to effectuate service on the Government. *See* Fed. R. Civ. P. 4. Nonetheless, the Court is mindful that proposed supplemental rules have been drafted that would abolish this service requirement and would replace it with a Court-generated notice to the Government. *See* Preliminary Draft Proposed Amendments to the Federal Rules of Appellate, Bankruptcy, Civil, and Criminal Procedure, at p. 217 (proposed Rule 3 of the Supplemental Rules for Social Security Review).[2] Although these rules have not yet been adopted formally, the notes to the preliminary draft also indicate that some districts have already adopted

---

[1] Plaintiff has paid the filing fee and, therefore, is not proceeding *in forma pauperis*.

[2] The proposed rules and committee notes thereto are available at: https://www.uscourts.gov/sites/default/files/preliminary_draft_of_proposed_amendments_to_federal_rules_august_2020_0.pdf.

1

the proposed procedure of the Court notifying the Government of the initiation of a social security appeal in lieu of formal service. *See id.* at 221-22 (indicating that this change has been "universally popular").

Given the posture of this case and given that the procedural requirements for service in social security appeals may be in flux, the Court seeks input from the Government as to whether it will accept service in this case by way of Court-generated notice.[3]  The Clerk's Office is **INSTRUCTED** to provide a copy of this order, along with the complaint at Docket No. 4, to Assistant United States Attorney Troy Flake.  The Government must file notice as to whether it is accepting service by <u>April 26, 2021</u>.

IT IS SO ORDERED.

Dated: April 12, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[3] Either through the notice provided herein or through some other notice to be specified in responding to this order.